**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**BEAUFORT DIVISION**

| | |
|---|---|
| MARTIN L. KENT,<br><br>    Plaintiff,<br><br>v.<br><br>KEVIN N. HENNELLY,<br><br>    Defendant. | Case No.:    9:19-cv-01383-DCN<br><br>**IDENTIFICATION OF EXPERT WITNESS** |

      Plaintiff, Martin L. Kent ("Mr. Kent"), by and through the undersigned counsel, and pursuant to the Consent Amended Scheduling Order entered herein [Doc No. 38] and other applicable law, identifies Eric W. Rose, Partner at Englander Knabe & Allen, 801 South Figueroa Street, Suite 1050, Los Angeles, CA 90017, 213.741.1500 as an expert witness that he expects to call at the trial of this matter.  We expect that Mr. Rose will testify regarding the permanent and temporary injuries suffered by Mr. Kent as a result of the related defamatory statements made by Defendant, including a valuation of the monetary damages suffered by Mr. Kent, and the required amounts necessary to attempt to rehabilitate Mr. Kent's business and personal reputations.

                              Respectfully submitted,

                              */s/ Brent B. Young*
                              Brent B. Young
                              Fed. ID No. 10140
                              R. Andrew Hutchinson
                              Admitted *Pro Hac Vice*
                              BAKER DONELSON BEARMAN CALDWELL
                                  & BERKOWITZ, P.C.
                              100 Med Tech Parkway
                              Johnson City, Tennessee 37604
                              Telephone: (423) 928-0181
                              byoung@bakerdonelson.com
                              dhutchinson@bakerdonelson.com
                              *Attorneys for Martin L. Kent*

## CERTIFICATE OF SERVICE

The undersigned certifies that an exact copy of the foregoing Expert Witness Identification was served upon counsel for Defendant in this matter through the Court's CM/ECF electronic system on the 13th day of August, 2020.

/s/ Brent B. Young
Brent B. Young
Fed. ID No. 10140
R. Andrew Hutchinson
Admitted *Pro Hac Vice*
BAKER DONELSON BEARMAN CALDWELL
   & BERKOWITZ, P.C.
100 Med Tech Parkway
Johnson City, Tennessee 37604
Telephone: (423) 928-0181
byoung@bakerdonelson.com
dhutchinson@bakerdonelson.com
*Attorneys for Martin L. Kent*