# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# BEAUFORT DIVISION

| | |
|---|---|
| MARTIN L. KENT,<br><br>    Plaintiff,<br><br>v.<br><br>KEVIN N. HENNELLY,<br><br>    Defendant. | Case No.:    9:19-cv-01383-DCN<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), and through their counsel, both parties in this matter hereby stipulate that this matter is DISMISSED, with prejudice.

Respectfully submitted,

*/s/ Brent B. Young*
Brent B. Young (Fed ID No. 10140)
R. Andrew Hutchinson, *Pro Hac Vice*
Baker Donelson Bearman Caldwell
 & Berkowitz, PC
P.O. Box 3038
Johnson City, Tennessee 37602
423.928.0181
byoung@bakerdonelson.com
dhutchinson@bakerdonelson.com

*Attorneys for Plaintiff, Martin L. Kent*

*/s/ Robert C. Osborne, III*
Robert H. Jordan (Fed ID No. 06986)
Robert C. Osborne, III (Fed ID No. 12181)
Parker Poe Adams & Bernstein LLP
200 Meeting Street, Suite 301
Charleston, South Carolina 29401
843.727.2650
robertjordan@parkerpoe.com
robertosborne@parkerpoe.com

Nicole Jean Ligon, *Pro Hac Vice*
Sarah H. Ludington, *Pro Hac Vice*
First Amendment Clinic at Duke Law School
210 Science Drive
Durham, North Carolina 27708
919.613.7168
ligon@law.duke.edu
ludington@law.duke.edu

*Attorneys for Defendant, Kevin N. Hennelly*